# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOANG MINH LE, an individual<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>T&L DEVELOPMENT, LLC., a California limited liability company; and DOES 1 through 10,<br><br>　　　　Defendants. | Case No.:  5:15-cv-1628-JAK-DTB<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>`JS-6` |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to the parties' "Stipulation of Voluntary Dismissal With Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above referenced action be and hereby is dismissed in its entirety, with prejudice. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated 10/22/15



_____
Hon. John A. Kronstadt
Judge, United States District Court,
Central District of California